PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Michael Knowles                                Cr.: 06-00733-001
                                                                 PACTS #: 40540

Name of Sentencing Judicial Officer: The Honorable Dennis M. Cavanaugh

Date of Original Sentence: 01/16/07

Original Offense: Bank Robbery By Force

Original Sentence: 41 months imprisonment, 5 years supervised release, and restitution $11,640.04

Type of Supervision: Supervised Release            Date Supervision Commenced: 08/16/07

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | Failed to Satisfy Restitution. |

U.S. Probation Officer Action:

The probation office recommends the case expire as scheduled since the restitution order remains imposed as a final judgment. The offender has been instructed to continue payments to the Clerk's Office and the Clerk's office has been informed of expiration and instruction to continue payments.

Respectfully submitted,
Carol Ann Azzarello
By: Elisa Martinez  2012.03.26
U.S. Probation Officer  14:13:56 -04'00'
Date: 03/26/2012

[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[✓] Other- Case expire as scheduled.

_____
Signature of Judicial Officer

4/10/12
Date